UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSE BENCOMO-CASTILLO, ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent, ) | NO. 3:11-0621 <br> JUDGE HAYNES |

## ORDER

Before the Court is Movant's motion to vacate (Docket Entry No. 1) under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. Upon review, Movant's claims are not frivolous.

The office of the United States Attorney for this judicial district shall file a response to the § 2255 Motion in accordance with Rule 5, Rules --- § 2255 Cases, within sixty (60) days from the date of entry of this Order on the docket.

It is so **ORDERED**.

**ENTERED** this the /5th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge