IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSE BENCOMO CASTILLO, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 3:11-0621 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

Upon review of the file, the Court appoints the Federal Public Defendant to represent the Movant and the Federal Public Defender is given 45 days to file an amended motion, if necessary.

The United States's motion for leave to file preliminary response to motion to vacate (Docket Entry No. 4) is **GRANTED**. The motions (Docket Entry Nos. 10 and 11) are **DENIED without prejudice** to renew after the deadline for filing an amended motion by the Federal Public Defender. The United States can renew those motions by incorporating by reference its earlier motion papers.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2011.

WILLIAM J. HAYNES, JR.
United Sates District Judge